# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHRISTINE BRASHER

VERSUS

THE BOARD OF SUPERVISORS FOR
UNIVERSITY OF LOUISIANA AT
LAFAYETTE AND JERRY LUKE
LEBLANC, IN HIS CAPACITY AS
THE VICE PRESIDENT OF
ADMINISTRATION AND FINANCE
OF THE UNIVERSITY OF
LOUISIANA AT LAFAYETTE

NO.  2019 CW 0477

AUG 0 5 2019

---

In Re:    The Board of Supervisors for the University of
          Louisiana System, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 658462.

---

BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.

    **WRIT GRANTED IN PART WITH ORDER, DENIED IN PART.** The portion of the trial court's March 14, 2019 ruling which denied the exceptions of vagueness and no cause of action filed by defendant, The Board of Supervisors for the University of Louisiana System, is reversed. Plaintiff, Christine Brasher, failed to adequately state a cause of action and to identify the statute(s) pursuant to which she seeks relief. Accordingly, judgment is rendered sustaining the exceptions of vagueness and no cause of action and dismissing the claims of plaintiff against defendant. This matter is remanded with instructions that the district court allow plaintiff the opportunity to amend her pleadings in order to attempt to remove the grounds of the objections raised herein. See La. Code Civ. P. art. 934. The writ is denied as to the exception of insufficient citation and service.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT